SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Nor-Cal Venture Group, Inc., et al,<br><br>        Defendants | Case No. **2:11-cv-01629-JAM-GGH**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF LLOYD A. TASOFF; HARRIET TASOFF**<br><br>Case to Remain Open with Remaining Defendants |

   IT IS HEREBY ORDERED THAT Defendants Lloyd A. Tasoff; Harriet Tasoff, are hereby dismissed With Prejudice.  This case is to remain open with remaining Defendants.

Date:  8/5/2011

                         /s/ John A. Mendez_____
                         U. S. District Court Judge

PROPOSED ORDER RE REQUEST FOR DISMISSAL

CIV: S-112-cv-01629-JAM-GGH - 1

PDF created with pdfFactory trial version www.pdffactory.com